UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GEDELL,<br><br>  Plaintiff,<br><br>  v.<br><br>MERRICK B. GARLAND, et al.,<br><br>  Defendants. | No. 2:24-cv-02252-DJC-SCR<br><br><u>ORDER TO SHOW CAUSE</u> |

    Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  The record reflects that more than 90 days have passed since the filing of this action and no return/proof of service is on file, nor has any defendant appeared.  Accordingly, Plaintiff shall show cause why the action should not be dismissed for lack of service pursuant to Federal Rule of Civil Procedure 4(m) and/or for failure to prosecute.

    Plaintiff filed this action on August 19, 2024, and paid the filing fee.  ECF No. 1.  Summons issued on August 19, 2024.  ECF No. 2.  Federal Rule of Civil Procedure 4(m) provides in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an

1

appropriate period." More than ten months have passed since the filing of the complaint, and Plaintiff has not filed a return/proof of service. Additionally, no defendant has appeared.

Accordingly**, IT IS HEREBY ORDERED** that:

1. Plaintiff shall show cause, in writing, **within 14 days** of the date of this Order, why this action should not be dismissed for failure to effect service and/or for failure to prosecute. If Plaintiff has completed service, the response shall include the returns/proof of service. If Plaintiff fails to respond, the court will recommend dismissal of the action.

2. Alternatively, if Plaintiff no longer wishes to pursue this action, Plaintiff may file a notice of voluntary dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

DATED: July 14, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2