UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GEDELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK B. GARLAND, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-02252-DJC-SCR<br><br><br><br>ORDER |

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On August 11, 2025 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 6.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed August 11, 2025, are adopted in full;

2. This action is dismissed without prejudice; and

3. The Clerk shall enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **September 12, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Gede2252.800